No. 82–1818. RANK, ACTING DIRECTOR OF THE CALIFORNIA STATE DEPARTMENT OF HEALTH SERVICES, ET AL. v. BELTRAN. C. A. 9th Cir. Certiorari denied.

No. 82–1838. MICHIGAN v. ALEXANDER. Sup. Ct. Mich. Certiorari denied.

No. 82–1863. SILANO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–1865. HAWKINS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–1866. FAKTER ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–1902. DOLENZ v. ALL SAINTS EPISCOPAL HOSPITAL. Sup. Ct. Tex. Certiorari denied.

No. 82–5201. BROWN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–5550. SHOELS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–5845. BILOTTI ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–6308. PERRY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–6337. HENDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–6372. STEVENSON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–6375. GRIMSLEY v. DODSON, SHERIFF, ET AL. C. A. 4th Cir. Certiorari denied.